FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET W. AS GUARDIAN ON BEHALF OF X.B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:22-CV-00248-SAB <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 13. Plaintiff is represented by Jordan Goddard. Defendant is represented by Erin Highland and Brian Donovan.

The parties ask the Court to reverse and remand the above-captioned case for further administrative proceedings.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, ECF No. 13, is **GRANTED**.

2. Pursuant to the parties' stipulation, the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ is instructed to:

- Obtain further medical expert evidence;

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

- Give further consideration to the subjective symptom allegations;
- Further consider the paragraph B criteria;
- Further consider whether the claimant meets or equals a listing;
- Offer the claimant an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

3. Pursuant to the parties' Stipulation, Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper presentation to this Court.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 27th day of March 2023.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2